IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ESTATE OF KENNETH MIRFIELD,   )
by Its Personal Representative,      )
Stephen Mirfield,                       )
                                   )
         Plaintiff,            )
                                   )   C.A. No. 26-758-CFC
    v.                         )
                                   )
U.S. BANK NATIONAL          )
ASSOCIATION,                 )
                                   )
        Defendant.         )

**<u>CERTIFICATION OF DIVERSITY JURISDICTION</u>**

Pursuant to the Court's Standing Orders Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1 and Disclosure of Citizenship of Organizational Entities in Diversity Cases, Defendant U.S. Bank National Association ("U.S. Bank"), hereby makes the following disclosures:

1.　　The Estate of Kenneth Mirfield, by its Special Administrator Stephen Mirfield, (the "Mirfield Estate") commenced this action by filing a complaint in the Superior Court for the State of Delaware which was assigned Case No. Case No. N26C-06-067 KMM CCLD.  U.S. Bank removed the action to the United States District Court for the District of Delaware on the basis of diversity jurisdiction.  D.I. 1.

2.      Pursuant to 28 U.S.C. § 1332(a)(1), the diversity requirement is satisfied because this action is between citizens of different states.

3.      On information and belief, and as set forth in the Complaint in the Court below, the Mirfield Estate is a citizen of Florida because "Mr. Mirfield was a citizen of Florida when he died[.]"  *See* D.I. 1, Ex. A, ¶ 9; *see also* 28 U.S.C. § 1332(c)(2).

4.      U.S. Bank is a national banking association organized and existing under federal law and with its main office located in Ohio.  U.S. Bank is therefore a citizen of Ohio for purposes of diversity jurisdiction.  *See* 28 U.S.C. § 1348.

5.      Defendant U.S. Bank National Association is a wholly owned U.S. subsidiary of U.S. Bancorp, a publicly held Delaware corporation.  U.S. Bancorp has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

6.      No party in this action is a joint venture, limited liability corporation, or limited liability partnership.

2

OF COUNSEL:
Matthew A. Martel
Joseph B. Sconyers
Joseph L. Brav
MORGAN LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
(617) 341-7700

Peter M. Fay
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

Dated: July 17, 2026

/s/ Nathan R. Hoeschen
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Defendant U.S.*
*Bank National Association*

3